1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BELLE,

        Plaintiff,                           No. CIV S-08-0093 WBS DAD P

vs.

STEVE WILLIAMS,

        Defendant.                      <u>ORDER</u>

_____/

        Plaintiff, a patient currently confined at Atascadero State Hospital, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the defendant does not reside in this district. In addition, plaintiff's claims arose in San Luis Obispo County, which is in the Central District of California.

1

1  Therefore, plaintiff's claim should have been filed in the United States District Court for the
2  Central District of California.  In the interest of justice, a federal court may transfer a complaint
3  filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>,
4  512 F.2d 918, 932 (D.C. Cir. 1974).
5         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Central District of California.
7  DATED: January 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:9:cm
    bell0093.21

2